1  DAVID L. WINNETT SBN: 219063
   HINSHAW & CULBERTSON LLP
2  One California Street, 18th Floor
   San Francisco, CA 94111
3  Telephone:   (415) 362-6000
   Facsimile:    (415) 834-9070
4
   Attorneys for Defendants
5  JOHN DREWS, INVIRION DIAGNOSTICS,
   LLC, and INVIRION SPAIN, LLC
6

7

8              **UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11 | DR. BRUCE PATTERSON, M.D.,                | ) | Case No.  C09 02741 JCS |
12 |                                           | ) |                         |
   |         Plaintiff,                        | ) | **STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE RESPONSIVE PLEADING** |
13 |   vs.                                     | ) |                         |
14 |                                           | ) |                         |
   | JOHN DREWS, INVIRION DIAGNOSTICS,         | ) | Complaint Filed:    May 21, 2009 |
15 | LLC, and INVIRION SPAIN, LLC,             | ) |                         |
16 |         Defendants.                       | ) |                         |

17

18 / / /

19 / / /

20

---

1
STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE RESPONSIVE PLEADING
CASE NO. 09 02741 JCS
2984240v1  899484  70298

Pursuant to Civil Local Rules 6-2 and 7-12, defendants and plaintiff stipulate and agree to the following:

Defendants shall have an enlargement of 10 calendar days to file a pleading in response to plaintiff's Complaint. Consequently, defendants' responsive pleading will be due on or before Monday, July 6, 2009.

SO STIPULATED:

DATED: June 25, 2009            HINSHAW & CULBERTSON LLP

_____/s/_____
DAVID L. WINNETT
Attorneys for Defendants
JOHN DREWS, INVIRION DIAGNOSTICS, LLC, and INVIRION SPAIN, LLC

DATED: June 25, 2009            LATHAM & WATKINS

_____/s/_____
TIM HARDWICKE
Attorneys for Plaintiff
DR. BRUCE PATTERSON, M.D.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____     _____
Judge Of The United States District Court
~~Joseph C. Spero~~